EXHIBIT

C



JONATHAN D. GRUNBERG

Direct: 404.445.8363
jgrunberg@wgwlawfirm.com

May 30, 2023

**VIA U.S. & ELECTRONIC MAIL**

William J. Pulte
c/o William O'Neil
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
woneil@winston.com

      RE:    Defamation of Brandon Jones and Demand for Retraction

Dear Mr. Pulte:

As you know, this law firm has been retained by Brandon Jones to pursue legal redress for your false and defamatory accusations against Mr. Jones via press releases, your website dedicated to your lawsuit against Mr. Jones, and your tweets to your millions of social media followers.

Through both discrete statements and the juxtaposition of other defamatory statements on your own website, your press releases, and your Twitter profiles, you conveyed the false and defamatory meaning that Mr. Jones has engaged in criminal, dishonest, unethical, and immoral conduct, all in connection with his profession.[1]  Each of your statements identified below must be retracted.

## I.    Your New Press Releases

On or about March 14, 2023, you issued a press release ("March 14 Press Release")[2] that contains the following statements conveying a false and defamatory meaning:

- "Pulte continued, 'Specifically, executives at PulteGroup should no longer be participating in harassment, bullying, corruption, retaliation, or vendettas toward employees, shareholders, our family, or others.'"

---

[1] The gist conveyed by your many and varied publications will be assessed in its full and complete context.  This letter is not exhaustive of every statement or comment you have made that may work together to convey a defamatory meaning regarding Mr. Jones but, rather, demands retraction of the specific communications or portions thereof which, in context, implicate Mr. Jones in criminal, dishonest, unethical, and/or immoral conduct in connection with his trade.

[2] *See* https://www.prnewswire.com/news-releases/pultegroup-board-terminates-2nd-executive-amid-management-social-media-scandal-301771597.html.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 2 of 45

- "CEO Marshall's hand-picked #2, Brandon Jones, was caught running a multi-pronged network of fictitious Twitter accounts ('bots') to harass prospective Pulte Homes homeowners and the Pulte family, which led to his termination."

- ". . . Brandon Jones' social media usage which went unmonitored or allowed by Human Resources and the General Counsel's office, to attack The Pulte Family, The Pulte Founder, and former Pulte director) probe into Executive Jones's harassment campaign as complete."

- "Members of the Pulte Family, which founded PulteGroup, and shareholders have privately inquired with the Board of Directors and CEO Ryan Marshall over concerns that certain fiduciary obligations may have been violated."

On or about April 24, 2023, you issued a press release ("April 24 Press Release")[3] that contains the following statement conveying false and defamatory meanings: As reported in the news media, incoming COO Brandon Jones ran a series of fake (or "bot") accounts to attack the Pulte Family.

## II.    Your Website

Contemporaneously with filing your lawsuit against Mr. Jones, you also launched a website ("Website") wherein you identify certain of your central false and defamatory accusations and otherwise sensationalized your accusations.  *See* https://pultelawsuit.com/.  Like your media interviews and the articles identified herein, you have obsessively publicized this website on your Twitter page.  Apparently concerned that the publication of your Complaint on this website would not receive the benefit of an absolute litigation privilege, your website includes a disclaimer that the "statements on this website are opinions and allegations sources from a legal complaint" and that your readers "should do their own diligence."  Nonetheless, your website led with five false and defamatory claims:

"1) Fortune 500 Pulte Groups Incoming COO Brandon Jones Running Bot Network"

"2) Stalking, harassing, and defaming The Pultes as part of nefarious smear campaign"

"3) Stole the identity of a deceased man to conceal his identity"

"4) Weaponized fabricated bot network to give the fake impression of engagement"

"5) Board needs indep. investigation to prevent Jones doing irreparable harm to the company & Pulte's …"

---

[3] *See* https://www.prnewswire.com/news-releases/former-director-bill-pulte-asks-pultegroup-board-to-implement-proper-succession-planning-301805736.html.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 3 of 45

_____

Following these statements, you published and encouraged readers to read your complaint ("Complaint"), which itself contains (among many others) the following allegations conveying a false and defamatory meaning in paragraphs 14, 28, 29, 30, 31-34, 36-45, 47, 48, 50-52, and 55:

- "14. … Jones … was … not qualified for the position proposed [COO]."

- "29. Upon information and belief, Jones has created a sophisticated network of fictitious accounts ("bots", the "botnet", or "bot network") to target, publish and artificially amplify incessant, targeted, coordinated and malicious harassment attacks on Pulte, his grandfather and The Pulte Family."

- "28.  Upon information and belief, PulteGroup Inc. resources were used in the commission of this tort."

- "30. To conceal his identity and actions, Jones uses and frequently changes fake names for his bots.  In at least one case, Jones appears to have stolen the identity or photograph of a deceased man to conceal Jones's own identity. It appears that Jones is using PulteGroup-paid-time and PulteGroup-paid property to operate his botnet.  It is likely that Jones is using PulteGroup-controlled IT-issued devices to operate the botnet."

- "32. Consequences dictate termination according to the Code of Ethical Business Conduct and standard operating procedures currently in place at PulteGroup Inc. This is why Jones sought to conceal his identity as he evaded PulteGroup's legal compliance, Human Resources oversight, and Investor Relations Department."

- "33. PulteGroup's Code of Ethical Business Conduct prohibits the behavior Jones exhibited in dozens of replies and malicious tweets directed at Pulte and his family. Shockingly, he violated nearly every point envisioned by PulteGroup:
  - Disrespectful, unprofessional, unethical comments.
  - Offensive material, such as pornography, sexually suggestive content, racial slurs, offensive language or jokes in the workplace, posted/shared on social media, or expressed to or about members of the Pulte community, including customers, employees, or trades.
  - Derogatory comments regarding another person, such as that person's age, sexual orientation, religious or political beliefs, national origin, disability or any other protected classification in the workplace, posted/shared on social media, or expressed to or about members of the Pulte community, including customers, employes, or trades.
  - False, misleading, deceptive, derogatory or disparaging statements about any third parties, including competitors (there is no reason to ever discuss a competitor on social media site)."



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 4 of 45

    o  Usage that is inconsistent with the policies in the Code of Conduct or employee handbook.

    o  Communications prohibited by law or designed to encourage illegal or improper behavior.

*See* pp. 26-28 of PulteGroup's Code of Ethical Business Conduct a copy of which is attached hereto as Exhibit 'N.'"

- "36.  Jones is targeting Pulte with his false, defamatory and harassing Twitter posts … under at least five different names including stealing the identity or photo of a deceased man."

- "37. His bot network's behavior includes constant and repetitive attacks on the Pulte family, accusing members of the Pulte family of crimes, specifically arson, elder abuse and securities laws violations that they did not commit, following illicit pornography, and personally insulting Pulte's Twitter followers.  As stated above, PulteGroup's Code of Ethic Business Conduct prohibits regular engagement Jones exhibited with 'pornography, sexually suggestive content.' *See* p. 27 of Exhibit 'N'."

- "38. Often, Jones's insults are made with non-public, confidential information from PulteGroup Inc."

- "39. Jones uses his fake identities to evade disclosure required by both PulteGroup Inc.'s Employee Handbook and the Securities and Exchange Commission ('SEC')."

- "40.  Jones's activities function as a pseudo Investor Relations Department for PulteGroup Inc., which is another violation of PulteGroup's Code of Conduct, assuming Jones' bots were not authorized to make such statements on behalf of the Company."

- "41. Jones's bots wait for posts from Pulte and then the bots jump into the public comment to plant falsehoods, make statements that either are not true or rely on confidential, nonpublic information and/or disparage Plaintiff's reputation.  To avoid detection, and after hurling insults at Pulte and his fans, Jones will often delete his bot's public tweets. Jones's tactics are calculated, malicious, defamatory and unlawful."

- "42. Upon information and belief, Jones has been internet stalking, defaming, and harassing Pulte on Twitter, and possibly several other websites, since at least 2021."

- "43…. The primary reason for repurposing of this Twitter account became targeting, internet harassment and interfering with ongoing social conversations of Pulte."



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 5 of 45

- "44. On or about February 12, 2022, the display name of the '@GoDetroitWin' Twitter account was again changed, this time to a fake name 'Raymond Hutchinson' with a profile picture stolen from an elderly man.  According to an online obituary, this elderly man's real identity is 'Raymond Porter' of Olive Hill, Kentucky who passed away on October 28, 2018. The account has been improperly appropriated to misrepresent who is the owner of the account…. It is likely that this identity was unlawfully taken by Jones without permission of Mr. Raymond Porter's family."

- "45. On or about May 12, 2022, Jones changed 'Raymond Hutchinson' on the '@GoDetroitWin' Twitter account to a new fake identity, 'Douglas A. Baldwin', with a profile picture of a young adult male – who is not Jones – in his late 20's to 30's. It is unclear if this person is a sophisticated 'deep fake' image or if this is another case of identity theft by Jones."

- "47…. It is unclear if this person is a sophisticated 'deep fake' image or if this is another case of identity theft by Jones."

- "48…. A gentleman who is not Jones is pictured in the profile's picture to deliberately mislead Pulte's followers and the investment community into thinking this person is a serious business journalist. . . . It is unclear if the person in the profile photo is a sophisticated 'deep fake' image or if this is another case of identity theft."

- "50.  Jones's use of multiple personal accounts violates several of Twitter's Terms of Service parameters, including but not limited to 'abuse/harassment,' 'hateful content,' manufactured conversations, and posting from multiple accounts."

- "51. Specifically, Twitter prohibits the practice Jones has and continues to use to defame and harass Pulte, namely 'creating multiple accounts to post duplicative content or create fake engagement, including: posting identical or substantially similar tweets or hashtags from multiple accounts you operate.' *See* Twitter's Terms of Service attached hereto as Exhibit 'B'."

- "52. Jones's Twitter accounts frequently comment on Pulte's Twitter posts and have embarked on a vindictive campaign of falsehoods as a means to sully Pulte's good name and the charitable work in which he engages.  Jones's bots have published during business hours when Jones should be focused on the work of Pulte Homes – not disparaging a former Board member, and indirectly, Pulte Homes for whom Jones works."



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 6 of 45

- "55…. As a former board member, Pulte believes Jones received private board information that was then used to publish false and partial misinformation."

On or around May 14, 2023, you revised and significantly expanded the Website. The Website continues to post the Complaint, with the false and per se defamatory meanings identified directly above. Moreover, through the following statements, the Website conveys additional false meanings and defamatory meanings about Mr. Jones:

- "PulteGroup's human resources division had missed Jones's engagement with porn, commenting on the company's stock performance without legal disclosure, and using fake identities to attack former Pulte Homes directors and The Pulte Family itself."

- "…someone with a leadership role used resources out of concern for their personal reputation instead of shareholder return. . . ."

- The republication of the March 14, 2023, Benzinga article titled, "EXCLUSIVE: Problems In The PulteGroup C-Suite? Ex-Insider Reveals Management Struggle,"[4] ("Benzinga Article") which contains the following statements conveying false and defamatory meanings about Mr. Jones:

  o "Jones, who was slated to become the company's chief operating officer at the beginning of 2023, but was fired after setting up an intricate network of bot accounts on Twitter to stalk and defame the founder's grandson, the Pulte family said in the release."

- The republication of LawandCrime.com's December 19, 2023, article titled, "Twitter Gave Bill Pulte His Global Reputation for Philanthropy. Now, He Claims, Top PulteGroup Execs Weaponized the Platform Against Him,"[5] ("LawandCrime Article") which contains the following statements conveying false and defamatory meanings about Mr. Jones:

  o "Pulte filed a lawsuit[6] last week against the PulteGroup's then-incoming chief operating officer Brandon Jones for allegedly creating 'a sophisticated network of fictitious accounts,' known as bots, "to target, publish and

---

[4] *See* https://www.benzinga.com/news/mid-cap/23/03/31338749/exclusive-problems-in-the-pultegroup-c-suite-ex-insider-reveals-management-struggle.

[5] *See* https://lawandcrime.com/exclusive/twitter-gave-bill-pulte-his-global-reputation-for-philanthropy-now-he-claims-top-pultegroup-execs-weaponized-the-platform-against-him/.

[6] This word is hyperlinked in the article and serves as yet another republication of the Complaint.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 7 of 45

artificially amplify incessant, targeted, coordinated and malicious harassment attacks on Pulte, his grandfather and The Pulte Family."

o  "Beyond allegedly smearing the Pultes, Jones also used bot accounts to disclose 'confidential, non-public information' about the company, according to the lawsuit."

o  "Pulte says other tweets linked to Jones falsely accused him and his family members of crimes, like arson and securities fraud, and violated company rules on engaging with 'pornography, sexually suggestive content.'"

• The republication of the Second Pulte Video and the March 12, 2023, tweet of 6:02 pm, described below.

• The republication of your December 14, press release that accompanied the filing of your lawsuit.[7]  This press release contains the following statements conveying a false and defamatory meaning:

o  The headline, "Pulte Family Alleges Incoming COO of PulteGroup Used Twitter Based Bot Network to Target Pulte Family"

o  "The Pulte Family has called for an independent investigation firewalled off from executives to assess the extent to which company and shareholder resources were used in Jones' alleged illicit behavior.  The more than 100-page complaint alleges that Jones used a variety of fake Twitter profiles to harass Pulte and his followers.  These fake profiles included appropriating the full identity of a deceased man, 'Raymond Porter' of Olive Hill, Kentucky, who passed away on October 28, 2018, AI-generated profiles of males and females, posing as fictitious business journalist covering PulteGroup . . .. The Raymond Hutchinson account is part of a fabricated network weaponized against Bill Pulte and other members of the Pulte family.  Jones oversees thousands of subordinates but found himself in violation of PulteGroup's Code of Conduct, the employee handbook, when using his accounts to allegedly engage with illicit pornography accounts.  In other instances, Jones made representations about employee layoffs, past and future performance, and what is believed to be internal board conversations he was not a party to, in violation of both PulteGroup and SEC guidelines.  In one instance, Jones used his bot network to contact the Detroit News and the Detroit Free Press to falsely publish that Pulte was

---

[7]  *See*  https://www.prnewswire.com/news-releases/pulte-family-alleges-incoming-coo-of-pultegroup-used-twitter-based-bot-network-to-target-pulte-family-301703394.html.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 8 of 45

accusing his own father of burning down his country club…. [W]e have asked the independent board members of PulteGroup … to determine if any crimes were committed by Brandon Jones, including his undisclosed promotion of PulteGroup stock and information that may have been confidential…"

o "The end goal of the Pulte Family's lawsuit against this senior executive, amongst other claims, is to rid any cancerous actions that could jeopardize the future of the Pulte Homes [sic] and the company's amazing employees."

- The republication of your December 16, 2022, press release, again via PR Newswire.[8] This press release contains the following statements conveying a false and defamatory meaning:

o Today, the Board of Directors took a necessary, first step in limiting any future legal liability in acknowledging the defamatory Bot Network ran on Company time by Brandon Jones…. Now that the preliminary investigation … determined that the Bot Attacks were covertly operated by Brandon Jones, The Pulte Family expects the Board of Directors … to conduct an independent investigation to determine if any SEC regulations, federal law, and other company policies were broken…. While management is threatening layoffs and failing to diversify the management team, Jones, as a member of management, has found time to run secret Twitter accounts whilst enforcing PulteGroup social media policies on employees at the same time…. On December 14, 2022, the Pulte Family filed a civil complaint against Brandon Jones, for allegedly tortiously interfering, stalking, harassing, and defaming the company's founder, William J. Pulte (1932-2018), his grandson Bill Pulte, and his family through Jones' creations of a sophisticated network of Twitter bots.

- The republication of your December 19, 2022, press release, again via PR Newswire.[9]  This press release contains the following statements conveying a false and defamatory meaning: "I was shocked and saddened to read about the harassment and smear campaign launched against my nephew Bill Pulte, my Father and members of my family…. PulteGroup did take action this week and fired the

---

[8]   *See*   https://www.prnewswire.com/news-releases/bill-pulte-issues-statement-on-termination-of-pultegroup-coo-brandon-jones-301705412.html.

[9]   *See*   https://www.prnewswire.com/news-releases/eldest-son-of-pultegroup-founder-william-j-pulte-issues-statement-on-controversial-management-at-pultegroup-and-lawsuit-301706154.html.   Although this press release purports to be from your uncle, we reasonably believe that you approved the same for publication.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 9 of 45

COO, Brandon Jones, who was accused of harassing and defaming my father and nephew."

- The republication of your March 14 Press Release.

- The republication of your April 24 Press Release.

### III.    Your Social Media Accounts

Primarily through your individual Twitter account, @pulte, but also through an account that we understand you administer, @realPulteFamily, you have published dozens of false and defamatory tweets, as well as adopted certain defamatory statements in various media articles, media interviews, and on your website.[10]

On March 4, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[11]



---

[10] Because you republished the content of your Website, including the Complaint, the LawandCrime Article, and the Benzinga Article, on Twitter on numerous occasions, we request that a retraction be made both on the website and on your Twitter of the particular accusations listed above as being false and defamatory.

[11] *See* https://twitter.com/pulte/status/1632026296808091649.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 10 of 45

On March 5, 2023, you published a tweet containing a video ("Second Pulte Video")[12] that conveys a false and defamatory meaning, including through the following false and defamatory statements:

- "Like other bot swarms, Brandon's bot network relies on at least one stolen identity, multiple faked identities and fake professions to trick actual people into thinking he is a real human being."

- "In one case, one of Brandon's many bots pretended to be a business journalist from Seattle. In another, he stole the identity of a deceased man from Kentucky and appropriated his identity for one of these profiles that engaged in the harassment of certain Pulte family members and certain Twitter followers who support the family's charitable efforts."

- "Forensic analysts have uncovered evidence that in order to evade detection, Brandon's bot network changed its individual profile identities many times over the course of several months in order to evade detection."

- "Brandon's bots also scrubbed their posts after some time had passed and it's had the desired effect."

- "The bot accounts comment on each other's posts to create a false narrative and give the impression that multiple people are engaging in a conversation in order to make the lies more believable."

- "Lies, obsession, cyberstalking, harassment."

- "Over the last several months, there have been hundreds and hundreds, maybe thousands of tweets produced by Brandon's bot network."

- "Brandon's bot network, perhaps illegal for an insider executive of a Fortune 500 company, comments on the stock price and performance of Pulte Homes, a big no-no."

- "Brandon shows an obsessive pattern with his tweets about Bill Pulte, his grandfather, and the Pulte family."

---

[12] *See* https://twitter.com/pulte/status/1632374500468703232. You then repeatedly republished the Second Pulte Video, and Mr. Jones specifically requests a retraction of every instance of such republication, including the following:

https://twitter.com/pulte/status/1632442882274611201; https://twitter.com/pulte/status/1632478458612707328; https://twitter.com/pulte/status/1632516044035063809; https://twitter.com/pulte/status/1632756832026583426; https://twitter.com/pulte/status/1634655111518601217; https://twitter.com/pulte/status/1635038690027401216.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 11 of 45

- "On numerous occasions, the bots would tweet to Pulte's followers near simultaneously, often within seconds or minutes of each other, sometimes four to nine times, back to back, again and again."

- "With these actions, Brandon violated Twitter's terms of service with his spoof accounts."

- "The bots create false narratives to confuse and agitate Pulte's followers."

- "The bots will get into arguments with followers who question their statements or even just post under Pulte's tweets."

- "In every instance, it was not disclosed to the public that this is a publicly traded executive on the other end, potentially using non-public information to weaponize his bots."

- "On a recent occasion, Brandon's bots even went as far as insulting and humiliating a follower of Pulte's because of their lack of financial resources and their inability to afford a Pulte Home, which is his employer."

- "Brandon's intent appears clear, to marginalize Bill Pulte and concerned shareholders using manufactured or stolen identities in order to have fake conversations, bypassing corporate code of ethics, SEC norms and Twitter's own terms of service for the purposes of harassment and reputational harm."

- "Using multiple fake profiles, Brandon Jones manufactures negative concerns and harassed those whose opinions he did not like."

- "There's an ongoing investigation into Brandon and the origins of the access points for this bot network and its funding."

On March 7, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, as follows:[13]

---

[13] *See* https://twitter.com/pulte/status/1633209634512093187;
https://twitter.com/pulte/status/1633263594182672384.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 12 of 45

---



**Pulte** ✔
@pulte

···

As you know, I'm trying to get Brandon Jones (creator of these bot accounts) to stop hurting the "Pulte" Legacy.

Now he's on his 8th attorney to threaten me. Yes, 8th! Mania?

He should sue me if he thinks I've done something wrong, otherwise STOP it dude, it's getting weirder.



**Pulte** ✔ @pulte · Dec 21, 2022

This is where it gets sad.

This pictured Kentucky man, Raymond Porter, died 3 years ago so he cannot be operating this account. Obituary: globefc.com/obituaries/Ray...

Show this thread

**Raymond Hutchinson**

@GoDetroitWin

📅 Joined December 2012

**6** Following   **5** Followers

3:54 PM · Mar 7, 2023 · **252.9K** Views

---



**Pulte** ✔
@pulte

···

Today I got – and this happens often – a very nice letter in a big envelope from an employee whose worked (at PulteGroup) with our family since 2002. He thanked me for "saving PulteGroup" from Brandon Jones. Very nice, but not necessary! I'm just defending my family. Thank you.



**Pulte** ✔ @pulte · Mar 7

Woah, now this is Interesting!!! It's been revealed that the Twitter bots attacking my dead grandpa and I (run by xPulteGroup Executive Brandon Jones) like engaging p0rn accounts. Brandon doesn't disclose why his bots do this with p0rn and also attack us. But weird, nonetheless!

7:29 PM · Mar 7, 2023 · **105.6K** Views



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 13 of 45

On March 11, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[14]



On March 12, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[15]

---

[14] *See* https://twitter.com/pulte/status/1634659434856083462.

[15] *See* https://twitter.com/pulte/status/1635038690027401216.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 14 of 45



On March 13, 2023, you published a tweet and a LinkedIn post containing statements which convey a false and defamatory meaning, as follows:[16]

---

[16] *See* https://twitter.com/pulte/status/1635318112152354816;
https://www.linkedin.com/feed/update/urn:li:activity:7041085055397437441/.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 15 of 45

---

 Pulte ✔️
@pulte

If anyone knows the girl on the left, please let us know. We think it is an AI Generated Face, but her identity was used by this Man on the right Exec Brandon Jones (best friend to Ryan Marshall) to attack me. If you know this woman or have info pls visit: PulteLawsuit.com



12:33 PM · Mar 13, 2023 · 243.7K Views

285 Retweets    4 Quote Tweets    1,248 Likes



Bill Pulte · 3rd+   + Follow  •••
Pulte Capital
7h · 🌐

If anyone knows the girl on the left, please let us know. We think it is an AI Generated Face, but her identity was used by this Man on the right Exec Brandon Jones to INCESSANTLY attack me. If you know this woman or have info pls visit:
PulteLawsuit.com



👍❤️😊 610                                70 comments • 5 reposts

Reactions



👍 Like        💬 Comment        🔁 Repost        ➤ Send



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 16 of 45

On March 14, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, as follows:[17]





Bill Pulte
c/o William O'Neil
May 30, 2023
Page 17 of 45



On March 16, 2023, you published a tweet containing statements which convey a false and defamatory meanings, as follows:[18]



On March 18, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, as follows:[19]

---

[18] *See* https://twitter.com/pulte/status/1636502622378024961.

[19] *See* https://twitter.com/pulte/status/1637106439251525633;
https://twitter.com/pulte/status/1637200934202744833; https://twitter.com/pulte/status/1637203337446580226.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 18 of 45

---

 **Pulte** ✓                                        ...
@pulte

Makes me sad 😔

"For the second time since December 2022, a PulteGroup senior
executive team member has been terminated....Michelle Hairston, the
former senior vice president, human resources, for PulteGroup, left the
company in February."



builderonline.com
PulteGroup Terminates Second Senior Executive
Michelle Hairston, former senior vice president, human resources, at
PulteGroup, was let go in February based on a 'termination of employment ...

10:59 AM · Mar 18, 2023 · **112.9K** Views

**94** Retweets   **2** Quotes   **926** Likes



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 19 of 45

---

 **Pulte** ✓ Ⓟ
@pulte
···

Then incoming PulteGroup COO Brandon Jones (who continues to
threaten me!) falsely insinuates My Family burned down a golf course
club house. Totally False. Totally Sick.

Sad – he nor PulteGroup CEO Ryan Marshall (his best friend) – have
apologized for these Vicious Falsehoods.



5:14 PM · Mar 18, 2023 · **173.9K** Views

119 Retweets   10 Quotes   967 Likes   3 Bookmarks

---

**Pulte** ✓ Ⓟ
@pulte
···

Executive Vendetta against me and my grandpa, maybe cuz we fixed
company in 2016? so he tried to spread false things to my followers
(teammates) to ruin us.

> 🔘 **Konstantyne Payne** @kayne_music · Mar 18
> Replying to @pulte
> Whats the benefit he gets from this? I don't understand the point in attacking
> another human. Are they angry?

5:24 PM · Mar 18, 2023 · **239.3K** Views

69 Retweets   2 Quotes   819 Likes   1 Bookmark



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 20 of 45

On March 24, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[20]



Included within your 10:40 a.m. tweet is the false and defamatory LawandCrime.com Article containing the following false and defamatory statements, which you adopted:

- "Pulte filed a lawsuit[21] last week against the PulteGroup's then-incoming chief operating officer Brandon Jones for allegedly creating "a sophisticated network of fictitious accounts," known as bots, "to target, publish and artificially amplify incessant, targeted, coordinated and malicious harassment attacks on Pulte, his grandfather and The Pulte Family."

- "Beyond allegedly smearing the Pultes, Jones also used bot accounts to disclose "confidential, non-public information" about the company, according to the lawsuit."

- "Pulte says other tweets linked to Jones falsely accused him and his family members of crimes, like arson and securities fraud, and violated company rules on engaging with 'pornography, sexually suggestive content.'"

On March 26, 2023, you published the following tweet[22] conveying a false and defamatory meaning:

---

[20] *See* https://twitter.com/pulte/status/1639276025350615042.

[21] This word is hyperlinked in the article and serves as yet another republication of the Complaint.

[22] *See* https://twitter.com/pulte/status/1640117419212517377.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 21 of 45



The Twitter post contains a video ("First Pulte Video") that conveys a false and defamatory meaning, including through all the false and defamatory statements identified above in the Second Pulte Video, and the through the following additional false and defamatory statements:

- "[O]ne of the most skilled corporate influence in investor relations bot networks is secretly being operated by Brandon Jones, the former incoming COO of 10 billion plus dollars PulteGroup Incorporated, to target Bill Pulte, his grandpa, and the Pulte family."

- "Brandon's bot network is using multiple bots with fake identities and profiles to engage with one another to make his corporate influence posts more popular than they actually are."

- "The bots are retweeting and liking his fake accounts to boost fake engagement and use this bot network to create and boost hashtags.

- "Twitter calls this platform manipulation. One expert describes bot networks, 'The ultimate goal of this disinformation is trying to influence real people.'"



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 22 of 45

_____

On March 27, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, including to accuse Mr. Jones of a range of sexual crimes against children, as follows:[23]



_____

[23]  *See* https://twitter.com/pulte/status/1640476882956083203;
https://twitter.com/pulte/status/1640479648910921730 .



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 23 of 45

On March 28, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[24]



On March 31, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, as follows:[25]



---

[24] *See* https://twitter.com/pulte/status/1640830620250128386.

[25] *See* https://twitter.com/pulte/status/1641852151080026119; https://twitter.com/pulte/status/1641854518227763204; https://twitter.com/pulte/status/1641854896583344142.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 24 of 45

---

**Pulte** ✔ P @pulte · Mar 31

If you defame you are super lame.

💬 74     ⟲ 113     ♡ 1,258     📊 108K          ⬆️

**Mike Bolinder** 🌙 @MikeBolinder · Mar 31

Bad rhyme is a crime.

💬 1      ⟲        ♡ 2      📊 253          ⬆️

**Pulte** ✔ P
@pulte

Brandon Jones has gotta do the time

1:26 PM · Mar 31, 2023 · **267** Views

6 Likes

💬          ⟲          ♡          🔖          ⬆️

---

**Pulte** ✔ P @pulte · Mar 31

If you defame you are super lame.

💬 74     ⟲ 113     ♡ 1,258     📊 108K          ⬆️

**Brenden McKamey** @McKameyBrenden · Mar 31
Subscriber

If you're Brandon Jones, beware your crumbling thrones. Pulte is on the hunt, you won't get away with your immoral stunt. (Mic drop)

$brendenleavitt

💬 1      ⟲        ♡ 2      📊 405          ⬆️

**Pulte** ✔ P
@pulte

He was on Twitter, allegedly using bots and porn accounts to find out of marriage ——— 🤔

1:28 PM · Mar 31, 2023 · **542** Views

8 Likes

💬          ⟲          ♡          🔖          ⬆️



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 25 of 45

On April 6, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[26]



On April 11, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[27]



On April 13, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[28]

---

[26] *See* https://twitter.com/pulte/status/1643990149456592898.

[27] *See* https://twitter.com/pulte/status/1645912483406704643.

[28] *See* https://twitter.com/pulte/status/1646560657263689741.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 26 of 45



On April 18, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[29]



On April 19, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, as follows:[30]

---

[29] *See* https://twitter.com/pulte/status/1648482638594969602.

[30] *See* https://twitter.com/pulte/status/1648675875859070977; https://twitter.com/pulte/status/1648694108611915777; https://twitter.com/pulte/status/1648694108611915777.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 27 of 45

---



**Pulte** ✔ Ⓟ
@pulte

Another victim, Stephen, has filed a lawsuit against Brandon Jones.

Stephen is a physical trainer. He is a young man filled with hope & promise.  His identity was TAKEN by Jones (Ryan Marshall's close friend) to harass us.

WARNING: Disturbing content inside.

I've made the decision to help Stephen's lawsuit to assist the Victim in protecting himself and his identity.

I call on PulteGroup, Inc. $PHM to voluntarily provide necessary HR and John Horn Investigation Files in this court case without delay.

Here are the screenshots of the lawsuit filed by Victim against Jones.



9:12 AM · Apr 19, 2023 · **1.1M** Views

**140** Retweets   **5** Quotes   **1,329** Likes   **15** Bookmarks

💬          ⟲          ♡          🔖          ⬆️



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 28 of 45

 **Pulte** ✔
@pulte                                                    ···

We think Stephen, a young physical trainer in California, was a random victim of Jones, but we do not know yet.

If you have any information please let us know and we will try to pass it on.

Truly nuts.



9:24 AM · Apr 19, 2023 · **189.8K** Views

**71** Retweets   **1** Quote   **807** Likes   **3** Bookmarks



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 29 of 45



On April 23, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, as follows:[31]

<hr />



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 30 of 45

---



**Pulte** ✔ P
@pulte

I consider my work in exposing Corruption, Scammers, Impersonators and Bad Executive(s) an extension of my Twitter Philanthropy movement and hope that my resources can be used as a force for peace, prosperity, and justice.

4:44 PM · Apr 23, 2023 · **161.9K** Views

**167** Retweets   **8** Quotes   **1,670** Likes   **3** Bookmarks

---

**Pulte** ✔ P
@pulte

These Bad Executives just can't help themselves, can they?



We experienced something similar at our legacy family business PulteGroup (NYSE:PHM). But in our case, the Top Execs up to no good on Twitter. $PHM

"NBCUniversal CEO out after probe"



finance.yahoo.com
UPDATE 4-Jeff Shell out as NBCUniversal CEO after probe...
NBCUniversal Chief Executive Jeff Shell is leaving after acknowledging an inappropriate relationship with a woma...

8:18 PM · Apr 23, 2023 · **142.2K** Views

**68** Retweets   **793** Likes



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 31 of 45



**Pulte** @pulte

You will see me keep tweeting about these Brandon Jones & Ryan Marshall characters. Sadly, it needs to be shared what illicit behavior. Not good. It's jeopardizing our beautiful legacy, Pulte Homes. So ... you're stuck hearing about it for a while. Got to right the ship. 🛳️ Thx!

8:23 PM · Apr 23, 2023 · 140K Views

103 Retweets   2 Quotes   1,183 Likes   3 Bookmarks

On April 24, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, including by republishing the April 24 Press Release, as follows:[32]



**The Pulte Family** @realPulteFamily

Certain members of The Pulte Family are breaking their silence on PulteGroup's recent Executive scandal. Calls for the Board to firm up where they've stumbled. $PHM

BREAKING: prnewswire.com/news-releases/...

prnewswire.com
Former Director Bill Pulte Asks PulteGroup Board to Imple...
/PRNewswire/ -- Bill Pulte, the homebuilding heir of founding family of Fortune 500 PulteGroup Inc, issued the...

1:32 PM · Apr 24, 2023 · 13.5K Views

8 Retweets   141 Likes

---

[32] *See* https://twitter.com/realPulteFamily/status/1650553284606971905; https://twitter.com/pulte/status/1650639375229747200.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 32 of 45



On April 25, 2023, you published a series of tweets containing statements which convey a false and defamatory meaning, as follows:[33]

---

[33]  *See* https://twitter.com/realPulteFamily/status/1650841177729569921; https://twitter.com/pulte/status/1650867371454627840; https://twitter.com/pulte/status/1650972107197538304.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 33 of 45



**The Pulte Family** ✅
@realPulteFamily

Bloomberg covering certain members of the Pulte Family.

Pulte ✅ @pulte · 22h

**PulteGroup Founder's Heir Urges Succession Planning Oversight**
By Allegra Fradkin

(Bloomberg) -- PulteGroup founder's heir and former board director Bill Pulte is urging the company's board to address alleged improper conduct by its management, according to a statement.

- Recommends board manage CEO Ryan Marshall in hiring new COO in light of recent controversies surrounding several company executives
- Former incoming COO Brandon Jones terminated for alleged involvement with Twitter bot attacks, and former senior vice president Michelle Hairston terminated in connection to Jones
- NOTE: PulteGroup Axes Executive in Defamation Spat With Founder's Heir

To view the source of this information click hbill pulteere

Related ticker:
PHM US (PulteGroup Inc)

To contact the reporter on this story:

8:36 AM · Apr 25, 2023 · **17.8K** Views

**8** Retweets   **156** Likes

Pulte ✅
@pulte

Bloomberg: PulteGroup Founder's Heir Urges Succession Planning Oversight



10:20 AM · Apr 25, 2023 · **129.2K** Views



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 34 of 45



**Pulte** ✔ @pulte
···

"As reported in the news, incoming COO Brandon Jones ran a series of fake ("bot") accounts to attack Pulte Family. Jones' actions are now the subject of multiple lawsuits. PulteGroup fired a 2nd exec Michelle Hairston. A 3rd executive Todd Sheldon caught deleting his Twitter."

5:16 PM · Apr 25, 2023 · 128.4K Views

81 **Retweets**   2 **Quotes**   1,060 **Likes**

On April 27, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows, which included the false and defamatory meanings conveyed in the First Pulte Video:[34]



**Pulte** ✔ 🅿️ @pulte
···

Brandon Jones is claiming he's met me once, at my grandpa's funeral. I don't remember even meeting this guy. Yet, he comes and attacks me and my dead grandpa with false identities. Watch video. What a complete and total maniac, imho.

From **Pulte** ✔ 🅿️

12:01 PM · Apr 27, 2023 · **119.7K** Views

99 **Retweets**   9 **Quotes**   896 **Likes**   11 **Bookmarks**

---

[34] *See* https://twitter.com/pulte/status/1651617633085652995.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 35 of 45

_____

On April 30, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[35]



On May 3, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[36]

_____

[35] *See* https://twitter.com/pulte/status/1652735334197723138.

[36] *See* https://twitter.com/pulte/status/1653810041814757391.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 36 of 45

---



**Pulte** ✓ Ⓟ
@pulte

···

Statement on yesterday's big lawsuit

---

<u>Statement Spokesperson from The Pulte Family</u>

Just six months ago, former PulteGroup director Bill Pulte approached his former colleagues on the Board of Directors with confidential evidence that their second-in-command, Brandon Jones, created a series of fictitious accounts in order to evade the Ethical Code of Conduct and maybe even the law. Brandon Jones used these accounts to harass Bill Pulte, certain members of the Pulte Family, and attack the deceased family patriarch, William J. Pulte, Jones' former CEO.

The Pulte Family called for an independent investigation and sued Brandon Jones.

**Since then it has been a living nightmare as CEO Ryan Marshall and Board Chairman Thomas Folliard stonewall and block access to the alleged investigation's report. Several members of the Pulte Family have asked for a copy of the report into Jones' scheme so that the family could assess liability, civil or criminal, protecting both the family and shareholders.**

Now, a shareholder steps forward, sharing the concerns of the Pulte Family and is attacked by Ryan Marshall's Management team.

The Pulte Family stands in support of all legitimate efforts to make public the findings of the investigations into Brandon Jones and other executives and will assess how to be helpful in embodying William J. Pulte's "do the right thing," axiom.

---

👤 The Pulte Family

---

🔴 **The Detroit News** @detroitnews · May 2
PulteGroup shareholder sues company for withholding records connected to Twitter scandal detroitnews.com/story/business…

---

1:13 PM · May 3, 2023 · **340.6K** Views

**119** Retweets   **1** Quote   **1,213** Likes   **1** Bookmark



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 37 of 45

On May 11, 2023, you published two tweets containing statements which convey a false and defamatory meaning, as follows:[37]

---

[37] *See* https://twitter.com/pulte/status/1656699890636926978.  You then republished the same statement hours later here: https://twitter.com/pulte/status/1656740685880471552.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 38 of 45

---

 Pulte ✓ Ⓟ
@pulte                                                    •••

STATEMENT $PHM

## Pulte Provides Update on CEO Ryan Marshall's Lieutenant, Brandon Jones, Lawsuit

Much how he dodged his own identity by using a dead man's identity, Brandon Jones, the mentee of current PulteGroup CEO Ryan Marshall, is suspiciously dodging our filed legal requests in Court to avoid disclosure of his or their malicious and intentional destruction of William J. Pulte's professional reputation.

As you recall, William J. Pulte, working as a Director of PulteGroup, blocked current CEO Ryan Marshall's improper attempt to expedite Jones' promotion to COO.

For this, among other reasons, Jones and potentially current CEO Ryan Marshall, retaliated against Mr. Pulte and are harmfully damaging Mr. Pulte.

Jones' public smear and retaliation campaign included false allegations that Mr. Pulte had committed a crime, elder abuse, against his late grandfather and best friend (also William J. Pulte). Jones manufactured this allegation from whole cloth. This was designed by Jones to, amongst other things, intentionally and emotionally devastate Mr. Pulte.

Jones is extending what should have been a shorter dispute into "Jones' long, drawn-out mess" instead of apologizing and moving on with his life.

We will pursue Jones, and potentially others, for the damages we've incurred, no matter how much time it takes, as a result of their public smear campaign against the Pulte Family.

On May 11, 2023, it is Mr. Pulte's informed opinion, based on multiple conversations with people who both know Brandon Jones and Ryan Marshall, that Jones is trying to gain power again at PulteGroup by running a parallel campaign to have Jones' new employer be purchased by PulteGroup. Such a potential move by Ryan Marshall to have his hatchet man Brandon Jones return to PulteGroup or receive a golden shareholder-funded parachute – in addition to being deceitful and corrupt – would raise several other regulatory, legal, shareholder, and ethical questions. This public statement will serve as notice to Ryan Marshall and PulteGroup's Board to ensure that as of May 11, 2023, PulteGroup's Board has premeditated knowledge before willfully allowing this conduct to potentially occur.

12:36 PM · May 11, 2023 · 744.9K Views

134 Retweets   4 Quotes   1,467 Likes   2 Bookmarks

◯          ⟲          ♡          🔖          ⬆️



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 39 of 45



**Pulte** ✔ 🅿    ···
@pulte

Thank you for all of your kind and supportive messages. Together, we will get through this.

> **Pulte** ✔ 🅿 @pulte · May 11
>
> STATEMENT $PHM
>
> Much how he dodged his own identity by using a dead man's identity, Brandon Jones, the mentee of current PulteGroup CEO Ryan Marshall, is suspiciously dodging our filed legal requests in Court to avoid disclosure of his or their malicious and intentional destruction of William J. Pulte's professional reputation.
>
> As you recall, William J. Pulte, working as a Director of PulteGroup, blocked current CEO Ryan Marshall's improper attempt to expedite Jones' promotion to COO.
>
> For this, among other reasons, Jones and potentially current CEO Ryan Marshall, retaliated against Mr. Pulte and are harmfully damaging Mr. Pulte.
>
> Jones' public smear and retaliation campaign included false allegations that Mr. Pulte had committed a crime, elder abuse, against his late grandfather and best friend (also William J. Pulte). Jones manufactured this allegation from whole cloth. This was designed by Jones to, amongst other things, intentionally and emotionally devastate Mr. Pulte.
>
> Jones is extending what should have been a shorter dispute into "Jones' long, drawn-out mess" instead of apologizing and moving on with his life.
>
> We will pursue Jones, and potentially others, for the damages we've incurred, no matter how much time it takes, as a result of their public smear campaign against the Pulte Family.
>
> On May 11, 2023, it is Mr. Pulte's informed opinion, based on multiple conversations with people who both know Brandon Jones and Ryan Marshall, that Jones is trying to gain power again at PulteGroup by running a parallel campaign to have Jones' new employer be purchased by PulteGroup. Such a potential move by Ryan Marshall to have his hatchet man Brandon Jones return to PulteGroup or receive a golden shareholder-funded parachute – in addition to being deceitful and corrupt – would raise several other regulatory, legal, shareholder, and ethical questions. This public statement will serve as notice to

3:18 PM · May 11, 2023 · **213K** Views

87 Retweets    3 Quotes    1,081 Likes

On May 13, 2023, you published three tweets containing statements which convey a false and defamatory meaning, as follows:[38]

---

[38] *See* https://twitter.com/pulte/status/1657513373825740801;
https://twitter.com/pulte/status/1657516167269957635; https://twitter.com/pulte/status/1657526070348857344;



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 40 of 45

---



**Pulte** ✔ 🅿   ...
@pulte

Thank you to everyone for your supportive messages. Ryan Marshall's
bag man, Brandon Jones, will not get away with attacking me and my
grandpa! Believe me, we will get to the bottom of Jones's harassment
scheme and run down any of the conspirators! More to follow.

>  **Pulte** ✔ 🅿  @pulte · May 11
>
> STATEMENT $PHM
>
> Much how he dodged his own identity by using a dead man's identity,
> Brandon Jones, the mentee of current PulteGroup CEO Ryan
> Marshall, is suspiciously dodging our filed legal requests in Court to
> avoid disclosure of his or their malicious and intentional destruction
> of William J. Pulte's professional reputation.
>
> As you recall, William J. Pulte, working as a Director of PulteGroup,
> blocked current CEO Ryan Marshall's improper attempt to expedite
> Jones' promotion to COO.
>
> For this, among other reasons, Jones and potentially current CEO
> Ryan Marshall, retaliated against Mr. Pulte and are harmfully
> damaging Mr. Pulte.
>
> Jones' public smear and retaliation campaign included false
> allegations that Mr. Pulte had committed a crime, elder abuse, against
> his late grandfather and best friend (also William J. Pulte). Jones
> manufactured this allegation from whole cloth. This was designed by
> Jones to, amongst other things, intentionally and emotionally
> devastate Mr. Pulte.
>
> Jones is extending what should have been a shorter dispute into
> "Jones' long, drawn-out mess" instead of apologizing and moving on
> with his life.
>
> We will pursue Jones, and potentially others, for the damages we've
> incurred, no matter how much time it takes, as a result of their public
> smear campaign against the Pulte Family.
>
> On May 11, 2023, it is Mr. Pulte's informed opinion, based on multiple
> conversations with people who both know Brandon Jones and Ryan
> Marshall, that Jones is trying to gain power again at PulteGroup by
> running a parallel campaign to have Jones' new employer be
> purchased by PulteGroup. Such a potential move by Ryan Marshall to
> have his hatchet man Brandon Jones return to PulteGroup or receive
> a golden shareholder-funded parachute – in addition to being deceitful
> and corrupt – would raise several other regulatory, legal, shareholder,
> and ethical questions. This public statement will serve as notice to

6:29 PM · May 13, 2023 · **301.9K** Views

---

**105** Retweets   **2** Quotes   **1,379** Likes   **3** Bookmarks

💬        🔁        ♡        🔖        ⬆️



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 41 of 45



On May 14, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[39]



---

[39] *See* https://twitter.com/pulte/status/1657895070660546560.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 42 of 45

On May 15, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[40]



On May 17, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[41]



On May 19, 2023, you published a tweet containing statements which convey a false and defamatory meaning, as follows:[42]

---

[40] *See* https://twitter.com/pulte/status/1658179775754559497.

[41] *See* https://twitter.com/pulte/status/1658856799716495361.

[42] *See* https://twitter.com/pulte/status/1659702901722460160.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 43 of 45

---

**Pulte** ✔℗
@pulte

Brandon Jones attacked my grandfather (who was my friend, mentor, and partner).
If you don't care, fine!

But my Family and I do.

Those who don't,
don't truly care for William J. Pulte.

GOD REST HIS SOUL! 🌿

7:29 PM · May 19, 2023 · **159K** Views

89 Retweets    1 Quote    1,372 Likes    1 Bookmark

***

    There can be no doubt that you have on dozens of occasions falsely accused Mr. Jones of varied misconduct carrying with it the thrust that Mr. Jones engaged in multiple criminal and ethical violations, and acted in a dishonest and immoral manner, both professionally and personally.  Given the number of occasions on which you have defamed Mr. Jones, we will be brief in describing both their individual and collective legal significance.  Your accusations are not only false but are also defamatory per se, in that they both accuse Mr. Jones of criminal conduct and attack him in his profession, and thus the law will presume reputational and emotional damages even in the absence of tangible proof thereof.  *See, e.g.*, O.C.G.A. § 51-5-4; *Smith v. DiFrancesco*, 341 Ga. App. 786, 788 (2017) ("Libel per se consists of a charge that one is guilty of a crime, dishonesty or immorality. Statements that tend to injure one in his trade or business are also libelous per se."); *Barnes v. O'Connell*, 300 Ga. App. 399, 400 (2009) (stating that the law "infers injury" where accusations are defamatory per se and upholding jury verdict even absence evidence of special damages).  Additionally, given the context, your status on most occasions as a firsthand source, your explicit and implicit motivations, and your conscious failure to provide your readers or viewers a fair and accurate factual basis for your accusations, we both expect Mr. Jones to defeat any applicable first amendment privilege or defense, as well as to hold you responsible for punitive damages.  *Cf. Masson v. New Yorker Mag., Inc.*, 510 U.S. 496, 511-25 (1991) (holding that a defendant may have actual malice when it deliberately alters source quote which "alteration results in a material change in the meaning conveyed"); *Westmoreland v. CBS Inc.*, 596 F. Supp. 1170, 1176 (S.D.N.Y. 1984) (malice may be established when defendant "knowingly or recklessly misstates the evidence to make it seem more convincing or condemnatory than it is"); *Macon Tel. Pub. Co. v. Elliot*, 165 Ga. App. 719, 721 (1983) (affirming award of punitive damages where defendant's accusations were actuated by actual malice); *Milkovich v. Lorain Journal Co.*, 497 U.S. 1, 18-19 (1990) ("If a speaker says, 'In my opinion John Jones is a liar,' he implies a knowledge of facts which lead to the conclusion that Jones told an untruth.  Even if the speaker states the facts upon which he basis his opinion, if those facts are either incorrect or incomplete, or if his assessment of them is erroneous, the statement may still imply a false assertion of fact.").



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 44 of 45

———————————————

Accordingly, we hereby demand on Mr. Jones behalf that you issue a retraction of each of your statements identified in sections I through III, above, in as conspicuous and public a manner as each was originally published.  We further demand that you issue a retraction of all similar statements you have made in any forum.  We additionally request that you take down[43] and remove any publication containing the accusations identified herein.

Finally, out of an abundance of caution, should you persist in this conduct despite this correspondence, this letter also serves as notice that you are hereby directed to preserve any and all evidence related in any way to your actions against our client and your statements identified herein.  By this letter, you are directed not to destroy, conceal, or alter any paper or electronic files, physical evidence, and/or other data generated, relating in any way, no matter how remote, to your relationship with Mr. Jones and/or your publications regarding our client, including, but not limited to: (1) any and all documents and data referring to, reflecting, or relating to communications between you and any person regarding our client; (2) any and all documents and data referring to, reflecting, or relating to your purpose in publishing your accusations regarding our clients; (3) any and all documents and data referring to, reflecting, or relating to the number of likes, comments, interactions, or other engagements with your publications regarding our client; (4) any and all documents and data referring to, reflecting, or relating to any source for your accusations against our client and/or communications between you and any such source; and (5) any and all communications between you and any member of the media regarding our client, such as, without limitation, direct messages requesting or encouraging that others amplify your content regarding our client.

Many records and files are maintained electronically.  This letter specifically requests that all paper and hard copy originals be maintained and preserved in their original format.  By the same token, electronic documents and the storage media on which they reside—emails, texts, voicemails, phones, computers, social media messaging etc.—contain relevant, discoverable information beyond that which may be found in printed documents.  Therefore, even where a paper copy exists and has been preserved, please preserve and maintain all electronically stored documents and information in their original native format.  This preservation demand specifically encompasses any and all electronic documents, including but not limited to, all word-processed files, e-mails, text messages, spreadsheets, all databases, and any other electronically stored and/or generated documents or files.

* * *

This letter does not constitute an exhaustive statement of our client's claims, contentions, rights, and/or remedies, all of which are hereby expressly reserved.

---

[43] Prior to doing so, you are obligated to preserve all relevant evidence, which likely includes, without limitation, all social media posts and all data associated with such posts, such as likes, views, comments, engagements, or other interactions.  For instance, social media sites like Twitter provide the owner of the account access to data such as the above that is unavailable to another user, and those metrics may disappear and be non-recoverable in the event you delete a post without properly preserving the information prior to deletion.



Bill Pulte
c/o William O'Neil
May 30, 2023
Page 45 of 45

Sincerely,

Jonathan D. Grunberg

cc:      Client
          G. Taylor Wilson, Esq.
          Nicole Jennings Wade, Esq.