# EXHIBIT B

# JOSEPH ABRUZZO
## CLERK OF THE CIRCUIT COURT & COMPTROLLER
### PALM BEACH COUNTY

**CASE NUMBER: 50-2022-CA-012238-XXXX-MB**
**CASE STYLE: PULTE, WILLIAM J V JONES, BRANDON**

| | | Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Court Events |

View documents and order certified copies*. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

*The Social Security office does not accept electronic certified documents. Any certified copy needed for a name change or benefits with the Social Security office will need to be obtained by mail or in person from one of our office locations.

**Document Icons**

📄 Document available. Click icon to view.
🛒 Add a certified copy of the document to your shopping cart.
🔒 Document is Viewable on Request (VOR). Click to request.
⏺ VOR document is being reviewed. Click to be notified when available.

0

Public = 📄     VOR = 🔒     In Process = ⏺     Page Size: 100

| | | Docket Number | Effective Date | Description | Notes |
|---|---|---|---|---|---|
| | | 1 | 12/14/2022 | DIVISION ASSIGNMENT | AI: Circuit Civil Central - AI (Civil) |
| 📄 | 🛒 | 2 | 12/14/2022 | CIVIL COVER SHEET | |
| 📄 | 🛒 | 3 | 12/14/2022 | COMPLAINT | F/B PLT |
| 📄 | 🛒 | 4 | 12/14/2022 | PAID $401.00 ON RECEIPT 4711585 | $401.00 4711585 Fully Paid |
| 📄 | 🛒 | 5 | 01/09/2023 | NOTICE OF PRODUCTION NON PARTY | PLAINTIFF'S NOTICE OF PRODUCTION FROM NON-PARTY, TWITTER, INC |
| 📄 | 🛒 | 6 | 01/19/2023 | SUMMONS ISSUED | jg@jgordonlegal.com AS TO DFT BRANDON JONES |
| 📄 | 🛒 | 8 | 01/19/2023 | NOTICE OF APPEARANCE CIVIL | (SPECIAL LIMITED) F/B ATTY STIFFER OBO DFT |
| 📄 | 🛒 | 9 | 01/19/2023 | OBJECTION | TO WILLIAM J. PULTE'S NOTICE OF INTENT TO SERVE SUBPOENA F/B DF |
| 📄 | 🛒 | 10 | 01/22/2023 | RESPONSE TO: TO DFT BRANDON JONES OBJECTION TO NOTICE OF PRODUCTION FROM NON-PARTY TWITTER INC F/B PLT | TO DFT BRANDON JONES OBJECTION TO NOTICE OF PRODUCTION FROM NON-PARTY TWITTER INC F/B PLT |
| 📄 | 🛒 | 7 | 01/23/2023 | PAID $10.00 ON RECEIPT 4751872 | $10.00 4751872 Fully Paid |
| 📄 | 🛒 | 11 | 02/08/2023 | NOTICE OF REMOVAL TO FED CRT | F/B DFT |
| | | 12 | 02/08/2023 | DISPOSED - OTHER | DO - DISPOSED OTHER |
| | | 13 | 02/08/2023 | DO NOT DOCKET ON THIS CASE | REMOVED TO FEDERAL COURT |

| | | 14 | 04/10/2023 | NOTICE OF FILING | ORDER GRANTING PLAINTIFFS RENEWED MOTION TO REMAND FILED BY PLT ***ORDER OF REMAND ATTACHED*** |
|---|---|---|---|---|---|
| | | 15 | 04/10/2023 | ADDITIONAL COMMENTS | ***CASE REOPENED - DO NOT REOPEN ON MOTIONS OR CHARGE FEES*** |
| | | 16 | 04/10/2023 | REQUEST FOR ADMISSIONS | F/B PLT |
| | | 17 | 04/11/2023 | NOTICE OF APPEARANCE CIVIL | AS COUNSEL FOR DEFENDANT AND DESIGNATION OF ELECTRONIC MAIL ADDRESS FILED BY ATTY LEININGER |
| | | 18 | 04/11/2023 | CERTIFIED COPY | OF THE DISTRICT COURT'S ORDER OF REMAND DTD 4/4/2023 AILEEN M CANNON |
| | | 19 | 04/24/2023 | NOTICE OF HEARING | NOTICE OF HEARING 05/02/2023 08:30:00 AM |
| | | 20 | 05/08/2023 | NOTICE OF PRODUCTION NON PARTY | PLAINTIFF'S NOTICE OF PRODUCTION FROM NON-PARTY, TODD SHELDON |
| | | 21 | 05/09/2023 | MOTION DEFENDANT'S MOTION TO STAY DISCOVERY | DEFENDANT'S MOTION TO STAY DISCOVERY |
| | | 22 | 05/15/2023 | VERIFIED MOTION | FOR ADMISSION TO APPEAR PRO HAC F/B CARRIE D SAVAGE |
| | | 23 | 05/16/2023 | PAID $100.00 ON RECEIPT 4899074 | $100.00 4899074 Fully Paid |
| | | 24 | 05/16/2023 | NOTICE OF HEARING | NOTICE OF HEARING 05/31/2023 08:30:00 AM |
| | | 25 | 05/16/2023 | NOTICE OF SERVICE NOTICE OF SERVING PROPOSAL FOR SETTLEMENT | NOTICE OF SERVING PROPOSAL FOR SETTLEMENT |
| | | 28 | 05/17/2023 | NOTICE OF APPEARANCE CIVIL | F/B ATTY CARRIE SAVAGE OBO PLT |
| | | 29 | 05/17/2023 | REQUEST TO PRODUCE | OF DOCUMENTS TO DFT BRANDON JONES - F/B PLT |
| | | 26 | 05/19/2023 | NOTICE OF FILING | NOTICE OF FILING |
| | | 27 | 05/22/2023 | REQUEST TO PRODUCE | PLAINTIFF'S REQUEST FOR PRODUCTION DIRECTED |
| | | 30 | 05/22/2023 | NOTICE OF FILING INTERROGS | PLAINTIFF'S INTERROGATORIES DIRECTED TO PERSONAL JURISDICTION |
| | | 31 | 05/22/2023 | NOTICE OF PRODUCTION NON PARTY | PLAINTIFF'S NOTICE OF PRODUCTION FROM NON-PARTY. PULTEGROP. INC |
| | | 32 | 05/22/2023 | NOTICE OF FILING | MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS FILED BY PLT |
| | | 33 | 05/22/2023 | EXHIBIT | A TO NOTICE OF FILING (DE # 32) FILED BY PLT |
| | | 34 | 05/23/2023 | ORDER CURLEY DTD 5/23/23: VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE OF CARRIE D SAVAGE ESQ GRANTED | CURLEY DTD 5/23/23: VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE OF CARRIE D SAVAGE ESQ GRANTED |

| | | 35 | 05/25/2023 | RESPONSE TO: TO DFT'S MOTION TO STAY DISCOVERY (F/B PLT) | TO DFT'S MOTION TO STAY DISCOVERY (F/B PLT) |
|---|---|---|---|---|---|
| | | 36 | 05/31/2023 | ORDER SETTING HEARING | CURLEY DTD 5/31/23: 8/3/23 @ 2:45PM, CTRM 11C DFT BRANDON JONES MOTION TO DISMISS PLT'S COMPLAINT |
| | | 37 | 06/01/2023 | OBJECTION | BRANDON JONES OBJECTION TO WILLIAM J. PULTE'S NOTICE OF INTENT TO SERVE SUBPOENA |
| | | 38 | 06/02/2023 | RESPONSE TO: DFT'S OBJECTIONS TO NOTICE OF PRODUCTION FROM NON-PARTY PULTEGROUP, INC F/B PLT | DFT'S OBJECTIONS TO NOTICE OF PRODUCTION FROM NON-PARTY PULTEGROUP, INC F/B PLT |
| | | 39 | 06/08/2023 | ORDER CURLEY DTD 6/8/23: MOTION TO STAY DISCOVERY DENIED | CURLEY DTD 6/8/23: MOTION TO STAY DISCOVERY DENIED |
| | | 41 | 06/13/2023 | ORDER SETTING HEARING | J. CURLEY DTD 6/13/23: ON 6/28/23 @ 8:00AM - MATTER: DFT'S OBJECTIONS TO PLT'S SUBPOENA TO PULTE GROUP |
| | | 40 | 06/16/2023 | REQUEST FOR ADMISSIONS | DEFENDANT, BRANDON JONES REQUEST FOR ADMISSIONS |

517-82689069-84dd-416b-a22f-f1d9702e92d4