EXHIBIT

E









