EXHIBIT

F

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 502022CA012238XXXXMB

WILLIAM J. PULTE, an individual,

    Plaintiff,

vs.

BRANDON JONES, an individual,

    Defendant.

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, BRANDON JONES

Plaintiff, WILLIAM J. PULTE, by and through his undersigned counsel, and pursuant to Fla. R. Civ. P. 1.350, hereby requests that Defendant, BRANDON JONES, produce the documents responsive to the following requests within thirty (30) days after service of this Request at Law Offices of Jason Gordon, P.A., 3440 Hollywood Blvd., Suite 415, Hollywood, Florida 33021.

### DEFINITIONS AND INSTRUCTIONS

1.     "Person" means any individual, corporation, partnership, company, corporation, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

2.     "You" and "Your" means Defendant, Brandon Jones, as well as any and all Persons acting on Your behalf, including but not limited to, Your attorneys, agents, representatives, and accountants.

3.     "William J. Pulte" means Plaintiff, William J. Pulte.

4. "PulteGroup" means PulteGroup, Inc., as well as any predecessor, successor, parent, subsidiary, or affiliated entity.

5. "Ryan Marshall" means current PulteGroup CEO Ryan Marshall.

6. "Pulte Relatives" means any relative of William J. Pulte's family, including but not limited to William Pulte's grandfather, the founder of PulteGroup, and William J. Pulte's aunt, Nancy Rickard.

7. "Jones' Alias Accounts" means Twitter account or UIDs associated with the following usernames and accounts:

    a. Twitter.com/GoDetroitWin (@GoDetroitWin)

    b. Twitter.com/Stephen_Matthe (@Stephen_Matthe)

    c. Twitter.com/EverythingTaket (@EverythingTaket)

8. Subject Tweets means the tweets quoted, discussed, or referenced in, or attached to, the Complaint filed by William J. Pulte in this action.

9. "Document" means any Document in your possession or control known to You and the term is used in its customary broad sense to include, without limitation, the following items, whether printed, recorded, filmed, copied or reproduced by any process, or written or produced by hand, and whether or not claimed to be privileged, confidential or personal, and including all originals, masters and copies namely: licenses, communications, correspondence, cablegrams, telex messages, text messages, telegrams, facsimile messages, notes and memoranda, summaries, minutes and records of personal conversations and meeting, manuals, conferences, diaries, forecasts, statistical statements, graphs, notebooks, publications and plans, minutes or records of meetings, agendas for meetings, minutes or records of conferences, expressions or statements of policy, lists of persons attending meetings or conferences, reports and/or summaries of interviews

reports and/or summaries of investigations, technical, laboratory and engineering reports, data sheets, charts, sketches and drawings, photographs, films, audio and video tapes and disks, models, physical specimens, things and mock-ups, patents, registrations or marks, copyrights and applications for any of them, patent appraisals and infringement, patentability and validity searches and studies, opinions of counsel, brochures, pamphlets, catalogs and catalog sheets, sales literature and promotional materials, advertisements, displays, circulars, trade letters, notices announcements, publicity, trade, product and press releases, drafts of any documents, revisions of drafts of any documents, memoranda, books, instruments, accounts, sales records including purchase orders, order acknowledgements and invoices, books of account, statements, bills, checks and vouchers, original or preliminary notes, marginal comments appearing on any document, and all other materials of any tangible medium of expression. "Document" also includes and refers to information recorded and/or stored on microfilm, microfiche and the like, as well as all metadata.

10. "Communication" means the transmittal of information by any means, including, but not limited to, conversations (whether face-to-face, by cell phone, telephone or otherwise), meetings, conferences, discussions, negotiations, opinions, letters, memoranda, notes, reports e-mails, texts, direct messages, tweets, and any other electronic or computer transmissions.

11. "Concerning" means relating to, evidencing, about, reflecting, referencing, discussing, analyzing, describing, containing, comprising, identifying, or in any way pertaining to, in whole or in part.

12. The words "or" and "and" shall be read in the conjunctive and not in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request.

13. The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa.

14. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

15. If you object because of a privilege, pursuant to Fla. R. Civ. P. 1.280(b)(6) you must provide the following:

    a. Describe the nature of the documents, communications, or things not produced, or

    b. Disclose in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the applicability of the privilege of protection.

16. Unless otherwise specified, the relevant time period for responsive information is between and including February 9, 2017 and May 15, 2023.

## DOCUMENT REQUESTS

1. Documents and all Communications Concerning William J. Pulte.

2. Documents and all Communications Concerning any Pulte Relative.

3. Documents and all Communications Concerning any and all email or social media accounts You have deleted.

4. Documents and all Communications between You and any Person, including but not limited to PulteGroup and its attorneys, Concerning William J. Pulte.

5. Documents and all Communications between You and any Person, including but not limited to PulteGroup and its attorneys, Concerning the Pulte Relatives.

6. Documents and all Communications Concerning any meetings between Your attorneys and PulteGroup and its attorneys, Concerning William J. Pulte.

7. Documents and all Communications Concerning any meetings between Your attorneys and PulteGroup and its attorneys, Concerning Pulte Relatives.

8. Documents and all Communications between Pulte Relatives and You and Your Attorneys.

9. Documents and all Communications Concerning Your employment with PulteGroup, including but not limited to any write-ups or reprimands You received.

10. Documents and all Communications Concerning the termination of Your employment with PulteGroup.

11. Documents and all Communications Concerning training You received from PulteGroup about ethics, harassment, disclosure requirements, and/or social media.

12. Documents and all Communications Concerning any Twitter account You have ever used, including by opening, deleting, viewing tweets posted by others, viewing direct messages by others, sending tweets, and sending direct messages.

13. Documents and all Communications reflecting where You worked on any given day, including at home or at any particular office, site, etc..

14. Documents and all Communications You contend support the statements made in the Subject Tweets.

15. Documents and all Communications exchanged between You and Ryan Marshall since December 16, 2022.

16. Documents and Communications Concerning all phone calls between You and Ryan Marshall since December 16, 2022.

17. Documents and all Communications exchanged between You and Todd Sheldon since December 16, 2022.

18. Documents and Communications Concerning all phone calls between You and Todd Sheldon since December 16, 2022.

19. Documents and all Communications exchanged between You and Michelle Hairston since December 16, 2022.

20. Documents and Communications Concerning all phone calls between You and Michelle Hairston since December 16, 2022.

21. For each Jones' Alias Account, provide a download of the archive data. You can access this information by clicking "Download an archive of your data" in the Twitter account settings. Upon verification of Your account, Twitter will email You this data.

22. Documents and Communications Concerning Communications between You and any member of the outside consultants involved in PulteGroup's efforts to "contain" the "Pulte Family."

23. Documents and Communications Concerning Communications between You and any member of the Florida-based Team at PulteGroup.

24. Documents and Communications Concerning the promotion of any PulteGroup employee and any employee's race, gender, ethnicity, religion, sexual orientation, color, age, disability, ancestry, and national origin of the employee.

25. Any and all tweets, retweets, mentions, direct messages, profile visits, replies, and likes/favorites interactions between any Jones' Alias Account and any of the following accounts:

    a. https://twitter.com/godetroitwin (@GoDetroitWin)

    b. https://twitter.com/everythingtaket (@EverythingTaket)

    c. https://twitter.com/stephen_matthe (@Stephen_Matthe)

    d. https://twitter.com/pultehomes (@PulteHomes)

  e. https://twitter.com/pultegroupnews (@PulteGroupNews)

  f. https://twitter.com/builttohonor (@BuiltToHonor)

  g. https://twitter.com/pultefamilyfdn (@PulteFamilyFdn)

  h. https://twitter.com/pulte (@Pulte)

  i. https://twitter.com/realpultefamily (@realPulteFamily)

26. Documents and Communications Concerning any and all interviews of You by King & Spalding, LLP.

Signed on this 17th day of May, 2023.

                Respectfully submitted,

                Law Offices of Jason Gordon, P.A.
                3440 Hollywood Blvd., Suite 415
                Hollywood, Florida 33021
                Telephone: (954) 241-4207
                Facsimile:  (954) 241-4236
                FOR SERVICE OF COURT FILINGS:
                jg@jgordonlegal.com
                service@jgordonlegal.com

                By:__/s/ Jason Gordon_____
                  Jason Gordon, Esq.
                  Fla. Bar No. 0012973

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 17th day of May, 2023 via Florida's e-filing portal to: Daniel Stiffler, Esq., Baumann, Gant & Keeley, P.A. 1401 East Broward Blvd., Suite 200, Fort Lauderdale, FL 33301; and Carri Leininger, Esq., Williams, Leininger & Cosby, P.A., 11300 US Highway One, Suite 300, North Palm Beach, FL 33408.

                /s/ Jason Gordon_____
                 Jason Gordon, Esq.