# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Brandon Jones,<br><br>  Plaintiff,<br><br>v.<br><br>William J. Pulte,<br><br>  Defendant. | )<br>)<br>)<br>) Case No. 1:23-cv-01228-SEG<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

NOW COME Plaintiff Brandon Jones and Defendant William J. Pulte, and pursuant to the Court's Minute Order on June 24, 2024, file their Joint Status report updating the Court on the proceeding in the Florida action. The matter of *Pulte v. Jones* remains pending in Florida courts. The trial court matter in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 502022CA012238XXXXMB, is in the midst of discovery and the court anticipates setting a trial for March 2025.

Respectfully submitted this 22nd day of October, 2024.

| | |
|---|---|
| */s/ Jonathan D. Grunberg*<br>Nicole Jennings Wade<br>Georgia Bar Number 869318<br>nwade@wgwlawfirm.com<br>Jonathan D. Grunberg<br>Georgia Bar Number 869318<br>jgrunberg@wgwlawfirm.com<br>G. Taylor Wilson<br>State Bar Number 460781 | */s/ A. Matthew Durkin* (w/ exp. permission)<br>J. Carole Thompson Hord<br>Georgia Bar No. 291473<br>Andrew H. Pinter<br>Georgia Bar No. 232922<br>SCHREEDER WHEELER & FLINT, LLP<br>1100 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309<br>(404) 681-3450 |

1

| | |
|---|---|
| twilson@wgwlawfirm.com<br><br>WADE, GRUNBERG & WILSON, LLC<br>729 Piedmont Ave NE<br>Atlanta, Georgia 30308<br>Telephone: (404) 600-1153<br>Facsimile: (470) 970-4303<br><br>*Attorneys for Plaintiff Brandon Jones* | (404) 681-1046 (fax)<br>chord@swfllp.com<br>apinter@swfllp.com<br><br>William C. O'Neil (*pro hac vice*)<br>A. Matthew Durkin (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>(312) 558-5700 (fax)<br>woneil@winston.com<br>mdurkin@winston.com<br><br>*Attorneys for Defendant William J. Pulte* |

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 22nd day of October, 2024.

                                             */s/ Jonathan D. Grunberg*
                                             Jonathan D. Grunberg
                                             Georgia Bar No. 869318