# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Brandon Jones, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>William J. Pulte, )<br>)<br>Defendant. ) | Case No. 1:23-cv-01228-SEG |

## JOINT STATUS REPORT

NOW COME Plaintiff Brandon Jones and Defendant William J. Pulte, and pursuant to the Court's Minute Order on October 23, 2024, file their Joint Status report updating the Court on the proceeding in the Florida action, *Pulte v. Jones*, which remains pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 502022CA012238XXXXMB ("Florida Action"). The parties have agreed to a settlement that resolves both the Florida Action and this action. The parties are in the process of drafting the settlement agreement, which will include provisions for the dismissal with prejudice of the Florida Action and this action.

Respectfully submitted this 15th day of April, 2025.

| | |
|---|---|
| */s/ Jonathan D. Grunberg*<br>Nicole Jennings Wade<br>Georgia Bar Number 869318<br>nwade@wgwlawfirm.com<br>Jonathan D. Grunberg | */s/ J. Carole Thompson Hord* (w/ exp. permission)<br>J. Carole Thompson Hord<br>Georgia Bar No. 291473<br>SCHREEDER WHEELER & FLINT, LLP |

1

| | |
|---|---|
| Georgia Bar Number 869318<br>jgrunberg@wgwlawfirm.com<br>G. Taylor Wilson<br>State Bar Number 460781<br>twilson@wgwlawfirm.com<br><br>WADE, GRUNBERG & WILSON, LLC<br>729 Piedmont Ave NE<br>Atlanta, Georgia 30308<br>Telephone: (404) 600-1153<br>Facsimile: (470) 970-4303<br><br>*Attorneys for Plaintiff Brandon Jones* | 1100 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309<br>(404) 681-3450<br>(404) 681-1046 (fax)<br>chord@swfllp.com<br><br>William C. O'Neil (*pro hac vice*)<br>A. Matthew Durkin (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>(312) 558-5700 (fax)<br>woneil@winston.com<br>mdurkin@winston.com<br><br>*Attorneys for Defendant William J. Pulte* |

2

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 15th day of April, 2025.

                                          */s/ Jonathan D. Grunberg*
                                          Jonathan D. Grunberg
                                          Georgia Bar No. 869318