## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Brandon Jones,                   )

                         )

       Plaintiff,          )

                         )   Case No. 1:23-cv-01228-SEG

v.                       )

                         )

William J. Pulte,         )

                         )

       Defendant.       )

## PLAINTIFF'S, BRANDON JONES, VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Brandon Jones ("Jones"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice of dismissal with prejudice of all claims by Jones against Defendant, Willim J. Pulte, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 3rd day of June, 2025.

                                  */s/ Jonathan D. Grunberg*
                                  Nicole Jennings Wade
                                  Georgia Bar Number 869318
                                  nwade@wgwlawfirm.com
                                  Jonathan D. Grunberg
                                  Georgia Bar Number 869318
                                  jgrunberg@wgwlawfirm.com
                                  G. Taylor Wilson
                                  Georgia Bar Number 460781
                                  twilson@wgwlawfirm.com

                                  WADE, GRUNBERG & WILSON, LLC
                                  729 Piedmont Ave NE
                                  Atlanta, Georgia 30308

Telephone: (404) 600-1153
Facsimile: (470) 970-4303

*Attorneys for Plaintiff Brandon Jones*

**<u>CERTIFICATE OF COUNSEL REGARDING FONT SIZE</u>**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 3rd day of June, 2025.

*/s/ Jonathan D. Grunberg*
Jonathan D. Grunberg
Georgia Bar No. 869318